(PC) Gathright v. Walker, et al                                                                    Doc. 3

Case 2:06-cv-01754-GEB-DAD   Document 3   Filed 08/16/2006   Page 1 of 2

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GATHRIGHT,

      Plaintiff,                      No. CIV S-06-1754 GEB DAD P

   vs.

J. WALKER, et al.,

      Defendants.              ORDER

                                /

         Plaintiff, a state prisoner proceeding pro se, has filed a complaint for damages pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 or submitted an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the full amount of the filing fee or file a properly completed application to proceed in forma pauperis on the form provided with this order.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. Plaintiff shall submit, within thirty days from the date of this order, the $350.00 filing fee or an application to proceed in forma pauperis on the form provided with this order; plaintiff's failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed for failure to comply with a court order; and

/////

1

2. The Clerk of the Court is directed to send plaintiff the form Application to Proceed In Forma Pauperis By a Prisoner for use by a prisoner in a civil rights action.

DATED: August 15, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
gath1754.3a

2