IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GATHRIGHT,

    Plaintiff,   No. CIV S-06-1754 GEB DAD P

  vs.

J. WALKER, et al.,

    Defendants.   <u>ORDER</u>

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed a complaint for damages pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 or submitted an application to proceed in forma pauperis.  <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will be granted thirty days to pay the full amount of the filing fee or file a properly completed application to proceed in forma pauperis on the form provided with this order.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1.  Plaintiff shall submit, within thirty days from the date of this order, the $350.00 filing fee or an application to proceed in forma pauperis on the form provided with this order; plaintiff's failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed for failure to comply with a court order; and

/////

2. The Clerk of the Court is directed to send plaintiff the form Application to Proceed In Forma Pauperis By a Prisoner for use by a prisoner in a civil rights action.

DATED: August 15, 2006.

                                                                                              */s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
gath1754.3a